**Order entered July 10, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00556-CV

**SKEET PHILLIPS, Appellant**

**V.**

**RAY CLARK, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 90510-422**

## ORDER

Before the Court is appellee's July 6, 2018 unopposed motion for an extension of time to

file a brief. We **GRANT** the motion and extend the time to **August 2, 2018**.


/s/      ADA BROWN
        JUSTICE